```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 04-22272-CIV-LENARD
                                      (00-376-CR-LENARD)
                              MAGISTRATE JUDGE P.A. WHITE
```

JAIRO CASTRO,                     :

     Petitioner,            :            <u>REPORT OF</u>
                                                              <u>MAGISTRATE JUDGE</u>
v.                                :            (DE#57)

UNITED STATES OF AMERICA,         :

     Respondent.            :
_____

     The pro-se petitioner, Jairo Castro filed a motion for Relief from Judgment, on February 2, 2010, pursuant to <u>Fed.R.Civ.P.</u> 60(b) (DE#57). The motion was referred to the Undersigned Magistrate Judge.

     Federal Rule Civil Procedure 60(b) provides in sum the following six bases for relief: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; or (6) any other reason justifying relief from the operation of the judgment. Upon review of the motion, and the government's response (DE#58), it is clear the movant fails to establish relief pursuant to the Rule.

     The movant claims that the Report and Recommendation of the Magistrate fails to address all claims raised by the movant. This argument is fallacious. An evidentiary hearing was held before the

Undersigned on March 21, 2007, and the movant was represented by experienced counsel. He raised nine claims in his motion to vacate. All nine claims were addressed in the Magistrate Judge's Report recommending denial of the motion (DE#31). The petitioner claims that his claims of ineffective assistance of counsel, specifically claim 2, were not addressed, and could not be raised on direct appeal. The Magistrate stated that the identical claim raised in claim 2 had been raised in a motion to vacate by co-defendants, and had been denied. However, the merits were discussed in the alternative and found lacking. Counsel objected to two of the issues raised, and did not object to the other seven issues. The Court, in adopting the Report and Recommendation therefore limited itself to the those two issues, however clearly referred to all nine issues raised (DE#47).

The petitioner relies on *Thomas v United States*, 572 F.3d 1300 (11 Cir. 2009). This case stands for the proposition that ineffective assistance of counsel should be raised in a §2255 motion. As stated above, although Castro was precluded from raising the issue of ineffective assistance on direct appeal, he received a full and fair hearing on the issue in the District Court.

Further, a Rule 60(b) motion is to be filed within a reasonable time. The Order adopting the Report and Recommendation of the Magistrate Judge was on March 17, 2008. The petitioner has filed this motion almost two years later, with no explanation as to the delay, and is clearly out of time.

For the reasons stated in the government's response and in this Report, it is recommended that the petitioner's motion for relief pursuant to Rule 60(b) (DE#57) be denied.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 1st day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Jairo Castro, <u>Pro Se</u>
Reg#00813-748
FCI-Coleman
Address of Record

Michael Davis, AUSA
All attorneys of record