UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-22272-CV-LENARD/WHITE

**JAIRO CASTRO**,

    Petitioner,
vs.

**UNITED STATES,**

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 60) AND DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT (D.E. 57)

This matter is before the Court on the Report and Recommendation of Magistrate Judge Patrick A. White ("Report," D.E. 60), issued on March 1, 2010. Petitioner Jairo Castro filed his Objections to the Report on April 5, 2010, to which the Government responded (D.E. 66) on April 9, 2010. Upon review of the Report, the Objections, the Response and the record, the Court adopts the Report and denies Petitioner's Motion for Relief of Judgment Pursuant to Rule 60(b)(6) (D.E. 57).

Petitioner Castro moves for relief from judgment as to this Court's March 17, 2008 Order Adopting Report and Recommendations and Denying Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (D.E. 47).[1] Petitioner filed the instant Motion for Relief on

---

[1] The Court subsequently denied Petitioner's Motion for Certificate of Appealability (Order, D.E. 50) and the Eleventh Circuit denied same on September 16, 2008 (D.E. 56).

February 1, 2010, over 22 months after the Court's March 2008 Order, complaining that the Magistrate Judge, in his April 12, 2007 Report on the Motion to Vacate (D.E. 31), did not address all of Petitioner's claims.

Magistrate Judge White's Report disagrees with Petitioner, finding that all nine of his claims were addressed in his 2007 Report and that this Court adopted the Report and therefore gave consideration to all of Petitioner's arguments. (Report at 2.) In the alternative, the Report finds Petitioner's Motion for Relief from Judgment is untimely, since he waited nearly two years to file it. (*Id.*)

Petitioner objects to both the Reports' findings on the merits and timeliness of his Rule 60(b)(6) Motion. His objections do not persuade. A review of the Magistrate's 2007 Report plainly reveals that all nine of Petitioner's claims were considered. (*See generally*, April 12, 2007 Report.) In the alternative, the Court finds that Petitioner's Rule 60(b)(6) Motion is untimely. *See, e.g., Johnson v. United States*, 2007 U.S. Dist. LEXIS 44463, at *2 (M.D. Fla. June 8, 2007) (finding petitioner's 60(b)(6) motion was untimely as it had been filed eighteen months after the district court's judgment).

Consistent with the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendations (D.E. 60), issued on March 1, 2010, is **ADOPTED** and Petitioner Jairo Castro's Motion for Relief from Judgment (D.E. 57), filed on February 1, 2010, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of September, 2011.

                                                                       _____
                                                                       **JOAN A. LENARD**
                                                                       **UNITED STATES DISTRICT JUDGE**